LITCHFIELD CONSTRUCTION COMPANY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Litchfield Construction Co.* v. *City of New York*, 167 App. Div. 909, affirmed.

(Argued January 30, 1918; decided February 15, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 6, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. This action was brought to recover $3,486.44, representing the sum of deposits with the president of Richmond borough, made to secure permits to build a sewer which the plaintiff had contracted to build for the defendant. The defense was that the moneys which were deposited were expended in restoring the pavements which were disturbed by the plaintiff during the progress of the work, pursuant to the terms of the contract.

*Anthony J. Ernest* and *John B. Johnston* for appellant.

*Lamar Hardy,* Corporation Counsel *(Terence Farley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.